Commonwealth *v.* Muse, Appellant.

Submitted September 9, 1968. *Mervyn R. Turk,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Anna Iwachiw Vadino,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Olmstead, Appellant.

Submitted September 9, 1968. *John A. Glenn,* for appellant; *Richard L. Campbell,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.